FILED
2007 Jul-26 PM 04:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| IN RE: JUAN AGUAS ROMERO, ET AL._____v.____DRUMMOND COMPANY, INC., ET AL. | )<br>)<br>) CV-03-BE-0575-W<br>)<br>) |

**This Document Relates to: All Cases.**

## JURY VERDICT FORM

A.  As to Defendant Drummond Ltd.:

  1.  We, the Jury, find that the defendant Drummond Ltd. is

     _____        \_\_\_✓_____
     Liable                 Not Liable

     for the killing of Valmore Locarno Rodriguez.

  2.  We, the Jury, find that the defendant Drummond Ltd. is

     _____        \_\_\_✓_____
     Liable                 Not Liable

     for the killing of Victor Hugo Orcasita Amaya.

  3.  We, the Jury, find that the defendant Drummond Ltd. is

     _____        \_\_\_✓_____
     Liable                 Not Liable

     for the killing of Gustavo Soler.

B.  As to Defendant Augusto Jimenez:

    4.  We, the Jury, find that the defendant Augusto Jimenez is

        _____          ✓
        Liable                             Not Liable

    for the killing of Valmore Locarno.

    5.  We, the Jury, find that the defendant Augusto Jimenez is

        _____          ✓
        Liable                             Not Liable

    for the killing of Victor Hugo Orcasita Amaya.

    6.  We, the Jury, find that the defendant Augusto Jimenez is

        _____          ✓
        Liable                             Not Liable

    for the killing of Gustavo Soler.

If you find neither Defendant liable for any of these killings, do not complete the remainder of this verdict form. If you find one or both Defendants liable for one or more of the killings, then you need to determine the amount of damages – if any – to be awarded for the specific killing or killings for which you find the Defendant(s) liable.

## **COMPENSATORY DAMAGES**

1. For the killing of Valmore Locarno Rodriguez, John Doe I, Jane Doe I, and Jane Doe II are awarded $_____ in compensatory damages.

2. For the killing of Victor Hugo Orcasita Amaya, Jane Doe III and Jane Doe IV are awarded $_____ in compensatory damages.

3. For the killing of Gustavo Soler, Jane Doe V and Jane Doe VI are awarded $_____ in compensatory damages.

4. For the killing of Valmore Locarno Rodriguez, the union is awarded $_____ in compensatory damages.

5. For the killing of Victor Hugo Orcasita Amaya, the union is awarded $_____ in compensatory damages.

6. For the killing of Gustavo Soler, the union is awarded $_____ in compensatory damages.

## **PUNITIVE DAMAGES**

If you find one or both Defendants liable for one or more of the killings, in your discretion you may award punitive damages but only if you find the Defendant acted with malice.

1. For the killing of Valmore Locarno Rodriguez, John Doe I, Jane Doe I, and Jane Doe II are awarded punitive damages against

    Defendant Drummond Ltd. $_____, or

    Defendant Augusto Jimenez $_____, or

    Both $_____.

2. For the killing of Victor Hugo Orcasita Amaya, Jane Doe III and Jane Doe IV are awarded punitive damages against

    Defendant Drummond Ltd. $_____, or

    Defendant Augusto Jimenez $_____, or

    Both $_____.

3. For the killing of Gustavo Soler, Jane Doe V and Jane Doe VI are awarded punitive damages against

    Defendant Drummond Ltd. $_____, or

    Defendant Augusto Jimenez $_____, or

    Both $_____.

4

4. For the killing of Valmore Locarno Rodriguez, the union is awarded punitive damages against

   Defendant Drummond Ltd. $_____, or

   Defendant Augusto Jimenez $_____, or

   Both $_____.

5. For the killing of Victor Hugo Orcasita Amaya, the union is awarded punitive damages against

   Defendant Drummond Ltd. $_____, or

   Defendant Augusto Jimenez $_____, or

   Both $_____.

6. For the killing of Gustavo Soler, the union is awarded punitive damages against

   Defendant Drummond Ltd. $_____, or

   Defendant Augusto Jimenez $_____, or

   Both $_____

SO SAY WE ALL.

DATED: 7-26-07        _____/ Foreperson